IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 **ANNUITY TRUST FUND**; CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 **HEALTH & WELFARE TRUST FUND**; CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 **MARKET RECOVERY TRUST FUND**; CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 **RETIREE HEALTH REIMBURSEMENT TRUST FUND**; and CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 **VACATION & HOLIDAY TRUST FUND**, by their Trustees MALCOLM KALEO NAKAMURA, TIM LYONS, KEITH EMERSON, TARYN MIYAMOTO, MARC MATSUBARA, DOUGLAS KEMA, JR., RYDEN VALMOJA, and PATERNO ASUNCION; and DISTRICT COUNCIL 50 **JOINT APPRENTICESHIP & TRAINING TRUST FUND**, by its Trustees LARI BLOOM, RYDEN VALMOJA, KARL SINCLAIR, BARBARA KONO, JOHN FRIGILLANA, JR., MALCOLM KALEO NAKAMURA, DOUGLAS KEMA, JR., JOHN MATHIAS, and DWAYNE ARELLANO, <br><br>          Plaintiffs, <br><br>     vs. <br><br> **808 MAINTENANCE & FLOORING INC.**; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE TRUSTS 1-10, <br><br>          Defendants. | Civ. No. 23-00063 HG-WRP <br><br><br> ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 808 MAINTENANCE & FLOORING INC. (ECF No. 17), AS MODIFIED |

Findings and Recommendation having been filed and served on all parties on September 27, 2023, and no Objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the Opinion and Order of this Court with the following modifications:

On Page 15, Paragraph 2, Line 4, Replace "$87,706.49" with "$81,929.15."

On Page 21, Paragraph 2, Line 1, Replace "$6,270.00" with "$6,994.00."

IT IS SO ORDERED.

DATED: November 6, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Carpet, Linoleum & Soft Tile Local Union 1926 Annuity Trust Fund v. 808 Maintenance & Flooring, Inc., 23-cv-00063-HG-WRP, **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 808 MAINTENANCE & FLOORING INC (ECF No. 17), AS MODIFIED**